1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10   ROBERT ROW SMITH AND DIANA            No.  1:25-cv-01397-KES-SKO
     VERONICA SMITH,
11                                         ORDER RE STIPULATION TO CONTINUE
                Plaintiffs,                THE HEARING ON THE EX PARTE
12                                         APPLICATION OF PLAINTIFFS FOR A
                                           TEMPORARY RESTRAINING ORDER TO
13         v.                              ENJOIN TRUSTEE'S SALE AND/OR ANY
                                           FURTHER SALE OF THE PROPERTY AND
14   AMERICAN AGCREDIT, FLCA, TOTAL        ORDER TO SHOW CAUSE REGARDING
     LENDER SOLUTIONS, INC.,               PRELIMINARY INJUNCTION
15
                Defendants.                (Doc. 7)
16

17

18         Having considered the parties' stipulation filed on October 28, 2025 (Doc. 7), IT IS

19   HEREBY ORDERED that the hearing on the order to show cause why a preliminary injunction

20   should not issue ("OSC") is continued to December 15, 2025, at 11:30 a.m. in Courtroom 6.

21   Defendants' deadline to file their response to the OSC is continued to Monday,

22   December 1, 2025, and plaintiffs' deadline to file their reply papers, if any, is continued to

23   Monday, December 8, 2025.  The Temporary Restraining Order granted by the Court on

24   October 21, 2025 shall remain in place pending the continued hearing on OSC.

25

26   IT IS SO ORDERED.

27       Dated:   October 28, 2025
                                           _____
28                                         UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28