Jason W. Estavillo (Bar No. 188093)
ESTAVILLO LAW GROUP
555 12th Street, Suite 1280
Oakland, CA 94607
Telephone: (510) 982-3001 No
Facsimile: (510) 982-3002
Email: jason@estavillolaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROW SMITH AND DIANA VERONICA SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AGCREDIT, FLCA, TOTAL LENDER SOLUTIONS, INC. and DOES 1–20, inclusive,<br><br>Defendants. | **Case No. 1:25-cv-01397-KES-SKO**<br><br>**ORDER EXTENDING TIME TO FILE REPLY** |

**ORDER**

Having read and considered the Parties' stipulation filed on December 8, 2025, IT IS HEREBY ORDERED THAT Plaintiffs' Reply brief to Defendants' opposition to the Order to Show Cause why a preliminary injunction should not issue pending final disposition of this matter (the "OSC Re PI") is due to be filed and served on December 10, 2025.

IT IS SO ORDERED.

Dated:   December 9, 2025

UNITED STATES DISTRICT JUDGE