1  **BOUTIN JONES INC.**
   Thomas G. Mouzes (SBN 099446)
2  Bashar Ahmad (SBN 258619)
   555 Capitol Mall, Suite 1500
3  Sacramento, CA 95814-4603
   T: (916) 321-4444/F: (916) 441-7597
4  Email: tmouzes@boutinjones.com
          bahmad@boutinjones.com
5

6  Attorney for Defendant AMERICAN AGCREDIT, FLCA

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ROBERT ROW SMITH AND DIANA VERONICA SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AGCREDIT, FLCA, TOTAL LENDER SOLUTIONS, INC. and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:25-CV-01397-KES-SKO<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND OR OTHERWISE PLEAD TO COMPLAINT**<br><br>(Doc. 19)<br><br>Complaint filed:      October 20, 2025 |

    Plaintiffs Robert Row Smith and Diana Veronica Smith ("Plaintiffs") and Defendants American AgCredit, FLCA ("FLCA") and Total Lender Solutions, Inc. ("TLS", and together with FLCA, "Defendants"), by and through their respective counsel of record, stipulate as follows:

**RECITALS**

    WHEREAS on October 20, 2025, Plaintiffs filed their Complaint in the above-entitled action (Doc. 1) against Defendants.

    WHEREAS FLCA's deadline to respond or otherwise plead to Plaintiffs' Complaint was November 18, 2025.

    WHEREAS TLS' deadline to respond or otherwise plead to Plaintiffs' Complaint was November 26, 2025.

1  WHEREAS on November 10, 2025, Plaintiffs and Defendants stipulated to extend
2  Defendants' deadline to respond or otherwise plead to Plaintiffs' Complaint to December 15, 2025.

3  **STIPULATION**

4  **NOW, THEREFORE**, Plaintiffs and Defendants, by and through their respective counsel,
5  hereby stipulate that Defendants shall have an additional extension through and including
6  January 9, 2026, to respond or otherwise plead to Plaintiffs' Complaint, and that this stipulation may
7  be executed in counterparts.

8  **SO STIPULATED.**

9  Dated:  December 11, 2025                **BOUTIN JONES INC.**

11                        By: ___/s/_____
                              Thomas G. Mouzes, Bashar Ahmad
12                            Attorneys for Defendant American AgCredit, FLCA

14  Dated:  December 11, 2025                **ESTAVILLO LAW GROUP**

15                        By: ____/s/_____
16                            Jason W. Estavillo
                              Attorneys Plaintiffs Robert Row Smith &
17                            Diana Veronica Smith

19  Dated:  December 11, 2025                **WRIGHT FINLAY & ZAK**

20                        By: ___/s/_____
21                            Jennifer A. Brady
                              Attorneys for Defendant Total Lenders
22                            Solutions, Inc.

**ORDER**

Having considered the stipulation by and between Plaintiffs Robert Row Smith and Diana Veronica Smith ("Plaintiffs") and Defendants American AgCredit, FLCA ("FLCA") and Total Lender Solutions, Inc. ("TLS", and together with FLCA, "Defendants") (Doc. 19),

IT IS HEREBY ORDERED that Defendants shall have a further extension through and including January 9, 2026 to respond or otherwise plead to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: __**December 12, 2025**__              __/s/ *Sheila K. Oberto*__
                                                                    UNITED STATES MAGISTRATE JUDGE